# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>KAREN VELASQUEZ,<br><br>  Defendant. | Case No. 19-cr-071775 MAG<br><br>**DETENTION ORDER**<br><br>Hearing: Oct. 30, 2019 |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142, the Court on October 30, 2019, held a hearing to determine detention or release on supervisory conditions for defendant Karen Velasquez. She is charged in the U.S. District Court, Southern District of California with violating the terms of her supervised release. The defendant appeared at the hearing with her attorney Assistant Federal Public Defender Severa Keith.

Under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. §3143(a), the defendant charged with violation of supervised release has the burden of establishing by "clear and convincing evidence" that he or she will not flee or pose a danger to any other person or to the community. Here, Velasquez did not establish evidence to overcome this burden. Evidence as to the defendant's recent performance while on community supervision was presented by Probation Officer Tolbert. Consequently, the Court orders the defendant to be detained.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the Government, the person in charge of the corrections facility must deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Date: October 30, 2019

_____
Nathanael M. Cousins
United States Magistrate Judge